# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151421(60)

TOD McLAIN, Personal Representative of the
ESTATE OF TRACY McLAIN,
        Plaintiff-Appellant,

v

LANSING FIRE DEPARTMENT, CITY OF
LANSING, and JEFFREY WILLIAMS,
        Defendants-Appellees,
and

MICHAEL DEMPS,
        Defendant.
_____/

SC: 151421
COA: 318927
Ingham CC: 11-000859-NH

On order of the Chief Justice, the joint motion of the parties to extend the time for filing their supplemental briefs is GRANTED. The briefs will be accepted as timely filed if submitted on or before April 1, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      March 18, 2016



Clerk